UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VIRGIL HICKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 3:13-cv-0937 |
| v. | ) Judge Sharp |
| | ) |
| WEBB'S REFRESHMENTS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 30), recommending that Defendant's "Second Motion to Dismiss" (Docket No. 28), be granted and that this action be dismissed with prejudice. The R & R does not, however, recommend an award of attorney fees and expenses. Plaintiff failed to file a Response to the Second Motion to Dismiss, and no objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED R. CIV. P. 72(b).

Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R. Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 30) is hereby ACCEPTED and APPROVED;

(2) Defendant's Second Motion to Dismiss (Docket No. 28) is GRANTED.

1

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE